■ ALPHY VANDERLINDE et al., Appellants, v 600 WEST 183RD STREET REALTY CORP., Respondent. [955 NYS2d 516]—

Defendant landlord made a prima facie showing of its entitlement to judgment as a matter of law with evidence that it had no duty to maintain, repair or replace the smoke detector in the tenant plaintiffs' apartment. Defendant submitted evidence showing that it had installed a functional smoke detector in plaintiffs' apartment within one year of the subject fire and had not received written notice of an inoperable detector within one year of its installation (*see* Administrative Code of City of NY § 27-2045 [a] [1], [3], [4]; [c]).

In opposition, plaintiffs failed to raise a triable issue of fact. Any oral complaints about the smoke detector did not impose a duty upon defendant (*see* Administrative Code § 27-2045 [a] [4]).

We have considered plaintiffs' remaining arguments and find them unavailing. Concur—Tom, J.P., Sweeny, DeGrasse, Manzanet-Daniels and Clark, JJ.